# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

## MEMORANDUM

TO:  David Copperthite
Assistant U.S. Attorney

Lawrence E. Megginson
Reg. No. 40400-037
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

DATE:  November 30, 2015

FROM:  Judge Catherine C. Blake

SUBJECT:  USA v. Lawrence Megginson, CCB-02-0332

---

I agree that Lawrence Megginson is not eligible for a sentence reduction under Amendment 782 because he was sentenced as a career offender. Therefore, his motion must be denied.

A separate Order follows.